UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THE LEGACY GROUP, INC., et al., <br><br> Defendants. | Case No. 21-cv-01404-KMT |

## NOTICE OF APPEARANCE

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States Securities and Exchange Commission.

Dated: June 2, 2025
Washington, D.C.

Respectfully submitted,

s/MICHAEL J. ROESSNER
Michael J. Roessner
Attorney for Plaintiff
United States Securities and
Exchange Commission
100 F Street, N.E., Mail Stop 5985
Washington, D.C. 20549
Tel: (202) 551-4347
Fax: (703) 813-9366

Email: RoessnerM@SEC.gov